UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **MICHAEL GOINS, o/b/o his minor child, AGG, and the unopened succession and/or estate of KIMBERLY HENDERSON** | * | **CIVIL ACTION NO. 15-2712** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **JAMES M. ARCHIBALD, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT OF REMAND

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Defendants' Motion to Remand [Doc. No. 13] is hereby **GRANTED**. The cause is remanded to the Fifth Judicial District for the Parish of Franklin, State of Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the Fifth Judicial District for the Parish of Franklin, State of Louisiana.

**MONROE, LOUISIANA**, this 8th day of June, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE